UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-102-SPC-NPM

KEVOUN NAJAE WATTS
_____

### FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 75). The Government seeks to have forfeited **a Sig Sauer P 365 9mm pistol (S/N 66F544147) and ammunition ("Assets")**.

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 75) is **GRANTED.**

1. Defendant's interest in the Assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rules of Criminal Procedure

32.2(c)(2).

    2.    Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida, this on July 11, 2025.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record